## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD KREIBICH<br>2100 Laguna Vista Drive<br>Novato, CA 94945<br><br>and<br><br>SUSAN KREIBICH<br>2100 Laguna Vista Drive<br>Novato, CA 94945<br>　　　　　Plaintiffs,<br><br>vs.<br><br>PLAYA DULCE VIDA, S.A.<br>159 North State Street<br>Newtown, PA 18940<br><br>HAWK OPPORTUNITY FUND, L.P<br>159 North State Street<br>Newtown, PA 18940<br><br>HAWK MANAGEMENT L.P.<br>159 North State Street<br>Newtown, PA 18940,<br><br>HWC, LLC<br>159 North State Street<br>Newtown, PA 18940<br><br>DAVID CALLAN<br>159 North State Street<br>Newtown, PA 18940<br>　　　　　Defendants. | CIVIL ACTION<br><br><br><br><br><br><br><br>Case No.　　14-05102<br><br><br><br><br>**JURY TRIAL DEMAND** |

## PROOF OF SERVICE OF SUMMONS AND COMPLAINT
## ON DEFENDANT PLAYA DULCE VIDA, S.A.

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.    14-5102

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **PLAYA DULCE VIDA, S.A.**
was received by me on *(date)* **SEPT 10, 2014**.

☐ I personally served the summons on the individual at *(place)* **HAWK MANAGEMENT 159 North STATE STREET NEWTOWN, PA** on *(date)* **SEPT 10** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Judy ZISSERMAN**, who is designated by law to accept service of process on behalf of *(name of organization)* **PLAYA DULCE VIDA, S.A.** on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: **SEPT 10, 2014**

*Bill Gaffney*
Server's signature

**Bill Gaffney**
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: