EXHIBIT

"A"

EXHIBIT "A"

{00467564;1}

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD KREIBICH and SUSAN KREIBICH | CIVIL ACTION |
| Plaintiffs, vs. | Case No. 2:14-cv-05102-ER |
| PLAYA DULCE VIDA, S.A., HAWK OPPORTUNITY FUND, L.P., HAWK MANAGEMENT L.P., HWC, LLC, and DAVID CALLAN | |
| Defendants. | |

## DECLARATION OF RICHARD KREIBICH

Pursuant to 28 U.S.C. § 1746, I, Richard Kreibich, hereby declare as follows:

1. I am a plaintiff in the above-captioned matter, together with my wife, Susan Kreibich.

2. I am personally familiar with the facts and circumstances referred to herein, as well as the facts and circumstances referred to in Plaintiffs' First Amended Complaint. If called as a witness, I could and would competently testify to the matters stated herein.

3. I respectfully submit this Declaration in support of Plaintiffs' opposition to Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint.

{00515572;3}

4.  In March of 2005, I was referred to David Callan through an acquaintance who is an investor in the Resort.[1]

5.  In December of 2005, Callan sent my wife and me a description of a proposed investment in the Resort by e-mail, including supporting spreadsheets and other documentation.

6.  Callan encouraged us to take out a second mortgage in the amount of $200,000 on our principal residence in order to purchase the Unit.

7.  Callan led us to believe that we were investing in bricks-and-mortar real estate, not in preferred shares of a Costa Rican company.

8.  Callan represented to us that we could expect $15,000 per year in income from our purchase of the Unit.

9.  My wife and I did not have $1,000,000 in liquid assets at the time of the investment, and were therefore not accredited investors.

10. On February 1, 2006, at Callan's instruction, my wife and I wired a payment of $125,000 to PDV for the down-payment on our Unit at the Resort. We were issued 15 preferred PDV shares with a purported value of $18,333 per preferred share.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed thereto in the Amended Complaint.

{00515572;3}

11. On November 30, 2007, at Callan's instruction, I made payment of $150,000 – the second of two payments for our fifteen preferred PDV shares – which was forwarded for credit to the HOF account. *See* Ex. A.

12. Attached hereto as **Exhibit A** is a Bank of America Funds Transfer Request and Authorization dated November 30, 2007 evidencing the wiring of $150,000 "F/F/C: Hawk Opportunity Fund Acct # 7C0-103116."

13. I did not receive $15,000 per year, or any income from the Unit.

14. In 2011, I received the Preferred Shareholder Letter from the PDV Board of Directors. I believed, based on the representations made in that letter, that PDV had not paid income distributions up to that date because unforeseen development costs resulted in a lack of income to be distributed.

15. I also believed, based upon the representations made in the Preferred Shareholder Letter, that our exchange of our preferred PDV stock for common PDV stock would increase the liquidity and value of my investment in PDV and would allow for the future availability of income distributions to PDV shareholders.

16. I was also encouraged to exchange my common PDV shares into shares of Callan's fund, HOF. I declined to do that.

17. Callan asked my wife and me repeatedly to become investors in HOF. We repeatedly declined.

{00515572;3}

18. On Callan's recommendation, in March 2011 I did exchange my 15 preferred PDV shares for 30,428 common PDV shares.

19. Attached hereto as **Exhibit B** is my copy of the February 24, 2011 PDV Exchange Offer, which was executed according to the directions on the Exchange Offer, with the original mailed to:

> Paul H. Lesniak
> 415 McFarlan Road
> Suite 200
> Kennett Square, PA 19348

Ex. C.

20. In July 2011, at PDV's instruction, I remitted our fifteen shares of PDV preferred stock by mailing the certificate via United States Postal Service, certified mail and return receipt requested, to Paul Lesniak of PDV, at the same designated address in Kennett Square, Pennsylvania to which I sent our Exchange Offer form. Attached hereto as **Exhibit C** are receipts for that mailing. The reciprocal certificates for 30,428 shares of PDV common stock were not sent to me until February 2014.

21. In PDV's February 2011 Preferred Shareholder Letter, I read that common shares were valued at $8.90 per share. Based on this representation, I believed that my investment in 30,428 shares of PDV common stock had a value of $270,809.20.

{00515572;3}

22. In 2011 we stopped receiving any financial information or updates from Callan or PDV.

23. Between 2011 and 2014 I repeatedly and diligently sought answers from PDV representatives, including Callan, about the value of my PDV investment, about PDV's financial health, and about the status of my PDV common stock certificates which I eventually received in February 2011. I did not receive any answers during this time.

24. In May 2014, my son Justin and I had a telephone conversation with David Callan in which he told me that the current value of my investment in PDV was about half of our $275,000 original investment. This was the first time I was made aware of the vast decline in the value of my PDV investment.

25. Between 2005 and the present, my wife and I received and made a multitude of telephone calls from and to David Callan at his offices in Pennsylvania regarding our investment in PDV, the administration of PDV, the conversion of our preferred PDV shares into common PDV stock, the value of our PDV stock, the proposed re-registration of our PDV shares as HOF shares, and all other issues arising out of and relating to our purchase of PDV stock.

26. Between 2005 and the present, my wife and I received and sent a multitude of e-mails to and from David Callan at his offices in Pennsylvania regarding our investment in PDV, the administration of PDV, the conversion of

{00515572;3}

stock, the proposed re-registration of our PDV shares as HOF shares, and all other issues arising out of and relating to our purchase of PDV stock.

27. In conjunction with our investment in PDV, we were advised to use the HOF website. We were led to believe that Defendants HOF and/or Hawk Management and/or Callan administered this website from their office in Newtown, Pennsylvania.

I hereby certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 12/18/14

_____
Richard Kreibich

EXHIBIT "A"

EXHIBIT "A"

**Bank of America**  
Funds Transfer Request and Authorization

### Section I: Requester/Originator Information
- **Name:** Richard Kreibich
- **Telephone #:** 415-899-9444
- **Date Wire to be Sent:** Nov. 30 07
- **Address:** 2100 Laguna Vista Dr
- **City:** Novato
- **State:** CA
- **Zip:** 94945
- **Customer ID Type:** 1. DL
- **ID#:** 1. N9293058
- **Issue State/Country:** 1. CA
- **Issue Date:** 1. N/A
- **Expiration Date:** 1. 05/2008

### Section II: Associate Accepting Wire
- **Associate Name:** J. Glessing
- **Phone and Fax #:** 415 892-6097
- **Unit Co#/CC#:** 318 00000675
- **Date:** 11-30-07
- **Time:** 405
- **Callback Required if Phone, Fax or Letter:** N/A

### Section III: Domestic Payment Instructions
- **Amount of Wire:** $150,000.00
- **Debit Account Type:** CHKG (circled)
- **Source:** OTC (checked)
- **Account to Debit:** 11804 05081
- **State:** CA
- **Available Balance:** $157,216.36
- **Account Title:** American Family Inn / Richard Kreibich
- **Wire Fee:** $35

### Section V: Wire Information
- **Beneficiary Name:** Pershing LLC
- **Beneficiary Account # OR IBAN:** 8900 5123 85
- **Beneficiary Address:** City NY State NY
- **Beneficiary Bank Name:** Bank of New York
- **ABA # or SWIFT or National ID:** 021000018
- **Beneficiary Bank Address:** City NY State NY
- **Additional Instructions:** F/F/C: Hawk Opportunity Fund Acct# TCO-103116

### Section VI: Customer Approval
- **Customer's Signature:** [signed]
- **Date of Request:** Nov 3 07

### Section VII: Wire System Entry Verification
- **Wire Entered by:** Print: J. Glessing
- **BFT System Time:** 1815
- **BFT Sequence #:** 010711300 13508

Note: Purpose of Wire must be disclosed if sent to an OFAC blocked country – See OFAC in PRO

EXHIBIT "B"

EXHIBIT "B"

**Playa Dulce Vida, S.A.**
Arenas Del Mar Beachfront & Rainforest Resort
Manuel Antonio, Costa Rica

*(just copy for my info)*

February 24, 2011

Mr. & Mrs. Richard & Susan Kreibich
2100 Laguna Vista Drive
Novato, CA   94945 USA

Reference:   Company Preferred Offering Exchange
To:              Paul H. Lesniak
                  Corporate Secretary & General Manager, Playa Dulce Vida, S.A.

Dear Mr. Lesniak:

We, Mr. & Mrs. Richard & Susan Kreibich accept the exchange in which:

√ ___ I and/or my company are the owners of 15 Preferred Shares of Playa Dulce Vida, S.A.

√ ___ I am offer exchange from the company to exchange our 15 Preferred Shares for 30,428 shares of common stock.

*Sent other one with both checked*

I acknowledge this acceptance cannot be rescinded by either party.

_____     March 29, 2011
Richard Kreibich                     Dated

_____     3-29-2011
Susan Kreibich                        Dated

Please print, sign, scanned and email to plesniak@areansdelmar.com or soconitrillo@arenasdelmar.com

Then please mail the original to:
Paul H. Lesniak
415 McFarlan Road
Suite 200
Kennett Square, PA  19348

EXHIBIT "C"

EXHIBIT "C"

```
            Novato Main Post Office
                Novato, California
                    949474111
                0567830586 -0098
07/21/2011     (800)275-8777       12:38:24 PM

================ Sales Receipt ================
Product            Sale    Unit           Final
Description        Qty     Price          Price

Photo Mlr           1      $1.49          $1.49
9x12 - RP
KENNETT SQUARE PA 19348                   $1.88
Zone-8 First-Class
Parcel
3.20 oz.
Expected Delivery: Mon 07/25/11
Certified                                 $2.85
Label #:        70110470000261737554
                                        ========
Issue PVI:                                $4.73
                                        ========
Total:                                    $6.22

Paid by:
VISA                                      $6.22
  Account #:          XXXXXXXXXXXX4913
  Approval #:         04609C
  Transaction #:      284
23 903470367
```

*[handwritten: ADM stock certificates]*

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.

Bill#: 1000202698915
Clerk: 16

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS

Customer Copy